# MMG

McMAHON, MARTINE & GALLAGHER, LLP
ATTORNEYS AT LAW

*Principal Office:*
55 WASHINGTON ST.
BROOKLYN, NY 11201
TEL (212) 747-1230
FAX (212) 747-1239

*New Jersey Office:*
404 MARKET STREET
TRENTON, NJ 08611
TEL (609) 396-2999
FAX (609) 396-2254

Via E-mail: CrottyNYSDChambers@nysd.uscourts.gov

March 2, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-2-12

The Hon. Paul A. Crotty
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

        RE:    Bader v. Tomaszewski, et al.
                   11-CV-4073

                   Alderman v. Megabus, et al.
                   10-CV-8482 (PAC)

                   Mehta v. Megabus, et al.
                   11-CV-2144 (PAC)

Dear Judge Crotty:

       As you are aware, my office represents the interests of the defendant, John Tomaszewski, in connection with the above referenced consolidated matters. Your Honor has stayed all three cases pending the resolution of the criminal matter against Mr. Tomaszewski arising out of the bus accident in question. Per your prior request, this letter shall serve to keep you and the parties involved apprised of the status of the criminal matter.

       Mr. Tomaszewski was found not guilty on Tuesday, February 28, 2012. If you have any questions or require additional information please advise.

                                                        Very truly yours,

                                                        Robert N. Paessler

cc.

LAW OFFICE OF MICHAEL H. JOSEPH
184 Martine Avenue
White Plains, New York 10601
Attn:   Michael Joseph, Esq – michael@newyorktriallawyers.org

GALLO VITUCCI & KLAR LLP
90 Broad Street, 3rd Floor
New York, New York 10004
Attn:   Heather Ragone, Esq. – hragone@gvlaw.com

LAW FIRM OF JONATHAN C. REITER
350 Fifth Avenue, Suite 2811
New York, New York 10118
Attn:   Jonathan C. Reiter, Esq. - info@jcreiterlaw.com

KELNER & KELNER
140 Broadway, 37th Floor
New York, New York 10005
Attn:   Emil Samuels- esamuels@kelnerlaw.com

*J:\110\0010\Letters\Court 03-02-12.doc*