UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MONIKA MEHTA, as Administratrix of the Estate of
ASHWANI MEHTA, deceased, and individually,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **4-30-12**

11 CIV 2144 (PAC)

Plaintiff,

**SUPPLEMENTAL
SETTLEMENT ORDER**

-against-

MEGABUS NORTHEAST, L.L.C. and
JOHN TOMASZEWSKI,

Defendants.
------------------------------------------------------------------X

The Clerk of Court is directed
to terminate this case.
**SO ORDERED: 4-30-12**

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Upon the application of the Personal Representative, Monika Mehta, and after due

deliberation, it is hereby

ORDERED that the fifth decretal paragraph of the Order herein dated March 2,

2012 is hereby modified as follows:

ORDERED that the balance of the settlement funds after payment of the

attorney's fees to Jonathan C. Reiter, in the sum NINE HUNDRED FORTY FIVE

THOUSAND ($945,000.00) DOLLARS, said balance being in the amount of TWO

MILLION TWO HUNDRED FIVE THOUSAND ($2,205,000.00), shall be paid by

defendant Megabus Northeast, L.L.C. and/or its insurers as follows:

1. To **MONIKA MEHTA**, the sum of ONE MILLION ($1,000,000.00)

DOLLARS;

2. To **CHAND MEHTA**, the sum of ONE HUNDRED THOUSAND

($100,000.00) DOLLARS;

3. To **SAUMYA MEHTA**, an infant as follows:

MEMO ENDORSED